# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID A. STRANGE, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>RICHARD VAN DYKE, et al., )<br>)<br>Defendants ) | Case No. CIV-07-1380-R |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On June 6, 2008, Judge Bacharach issued a Report and Recommendation, wherein he recommended that the Defendants' motion to dismiss be granted. The matter is currently before the Court on the Plaintiff's timely objection to the Report and Recommendation, giving rise to the Court's objection to conduct a <u>de novo</u> review. Having conducted this review, the Court hereby grants Defendants' motion to dismiss.

Judge Bacharach recommended that the motion to dismiss be granted, because Plaintiff failed to plead his claims in accordance with Rule 8 of the Federal Rules of Civil Procedure. In his objection to the Report and Recommendation, Plaintiff asserts that he has not filed against Mike Addison or Joseph Harp Correctional Center, but rather all he requested was "application for jurisdiction and relief application" so that he could file a claim against the Anadarko Police Department. The Court is entirely unable to understand this

assertion. Although Plaintiff believes that he made a short plain statement in accordance with Rule 8, the Court disagrees.

Accordingly, the motion to dismiss is granted. Plaintiff is hereby granted twenty days in which to file an amended complaint that complies with Rule 8. Failure to timely file such amended complaint will result in dismissal of this action without prejudice and without any additional notice from the Court.

IT IS SO ORDERED this 18th day of June, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE